IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERBERT SHERMAN** *aka John Doe*, **Plaintiff,** | : : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-1843 |
| **BLANCHE CARNEY,** *et al.*, **Defendants.** | : : : | |

## ORDER

AND NOW, this 12th day of January 2025, upon consideration of Herbert Sherman's *pro se* Amended Complaint (ECF No. 13), the Motion to Dismiss filed by Defendants Blanche Carney and the City of Philadelphia (ECF No. 23), Plaintiff Sherman's failure to respond thereto, and the Court's consideration of the factors set forth in *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE**.

2. The Motion to Dismiss (ECF No. 23) is **DENIED AS MOOT**.

3. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova

**JOHN R. PADOVA, J.**